UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SYLVINA JEAN CLAVIEN,

                Plaintiff,

- against -

GREYHOUND LINES, INC., and "JOHN DOE",
that name being fictitious, his true name being
unknown to Plaintiff,

                Defendants.
------------------------------------------------------------------X

Civ. Action No.:

DISCLOSURE
STATEMENT
PURSUANT TO
F.R.C.P. RULE 7.1

      **PLEASE TAKE NOTICE**, that the defendant, GREYHOUND LINES, INC. ("GLI"), by its attorneys, FABIANI COHEN & HALL, LLP, as and for its Disclosure Statement Pursuant to F.R.C.P. Rule 7.1 sets forth as follows:

      GLI is a Delaware corporation. Laidlaw Transportation Holdings, Inc. ("LTHI") owns 100% of the stock of GLI. Laidlaw Transportation, Inc. ("LTI") owns 100% of the stock of LTHI. Laidlaw International, Inc. ("LII") owns 100% of the stock of LTI.

      LII is a Delaware corporation. FirstGroup US, a UK private unlimited company, owns LII. There is no publicly held corporation that owns 10% or more of LII's stock.

Dated: New York, New York
       April 14, 2008

                            Yours, etc.,

                            FABIANI COHEN & HALL, LLP

                            KEVIN B. POLLAK (KBP 6098)
                            Attorneys for Defendant
                            GREYHOUND LINES, INC.
                            570 Lexington Avenue, 4th Floor
                            New York, New York 10022
                            (212) 644-4420

383504.1

TO: Neil Moldovan, Esq.
     Attorney for Plaintiff
     SYLVINA JEAN CLAVIEN
     One Old Country Road - Suite 270
     Carle Place, New York 11514
     (516) 294-3300

Sylvina Jean Clavien v. Greyhound Lines, Inc. and "John Doe"
Civil Action No.: _____
Our File No. 818.34464

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing **DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. RULE 7.1** was served via First-Class Mail, postage prepaid, this 14th day of April, 2008, to:

**Neil Moldovan, Esq.**
**Attorney for Plaintiff**
**SYLVINA JEAN CLAVIEN**
One Old Country Road - Suite 270
Carle Place, New York 11514
(516) 294-3300

_____
Kevin B. Pollak (6098)

Sworn to before me this
14th day of April, 2008.

_____
NOTARY PUBLIC

APRIL D SMITH LITTLE
Notary Public, State of New York
No. 01SM6085371
Qualified in Bronx County
Commission Expires 6 / 01 / 20 _11_

383501.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SYLVINA JEAN CLAVIEN,　　　　　　　　　　　　　　Civ. Action No.:

　　　　　　　　　　Plaintiff,

　　　　　- against -

GREYHOUND LINES, INC., and "JOHN DOE",
that name being fictitious, his true name being
unknown to Plaintiff,

　　　　　　　　　　Defendants.
-----------------------------------------------------------------x

## DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. RULE 7.1

**FABIANI COHEN & HALL, LLP**
Attorneys for Defendant
GREYHOUND LINES, INC.
570 Lexington Avenue, 4th Floor
New York, New York 10022
(212) 644-4420

To: Attorney(s) for:
Sir(s):

　　　　PLEASE TAKE NOTICE that a　　　　　　　　　　　　of which the within is a
(true) (certified) copy

　　　　[ ] NOTICE OF ENTRY *was duly entered in the within named court on*
2008

　　　　[ ] NOTICE OF SETTLEMENT *will be presented for settlement to the Hon.*
　　*one of the judges of the within named court at the Courthouse at* on　,　2008 at
o'clock

Dated:

　　　　　　　　　　Yours, etc.,
　　　　　　　FABIANI COHEN & HALL, LLP
　　　　　　　570 Lexington Avenue, 4th Floor
　　　　　　　　New York, New York 10022
　　　　　　　　　　(212) 644-4420

To:

Attorney(s) for: