USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SYLVINA JEAN CLAVIEN and RAPHAEL DANIS,

                          Plaintiffs,                             08 CIV 3566 (PKL)

        -against-                                    [Related to
                                                          06 CIV 13371 (PKL)]

GREYHOUND LINES, INC., and "JOHN DOE", that
Name being fictitious, his true name being unknown to
Plaintiff,

                          Defendants.
------------------------------------------------------------X        STIPULATION
GREYHOUND LINES, INC.,

                          Third-Party Plaintiff,

        -against-

MOTOR COACH INDUSTRIES, INC., UGL
UNICCO, Formerly Known as UNICCO Service
Company and THE GOODYEAR TIRE &
RUBBER COMPANY,

                          Third-Party Defendants.
------------------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for Defendant/Third Party Plaintiff Greyhound Lines, Inc. and for Third Party Defendant Motor Coach Industries, Inc. ("MCI"), that the time for MCI to answer or otherwise respond to the Third Party Complaint in this action is hereby extended to and including June 13,

2008.

Dated: New York, New York
April 30, 2008

| NOVACK BURNBAUM CRYSTAL, LLP | FABIANI COHEN & HALL, LLP |
|---|---|
| *[signature]* | *[signature]* |
| Howard C. Crystal (HC1666) | Kevin B. Pollak (KBP6098) |
| 300 East 42nd Street | 570 Lexington Avenue, 4th Floor |
| New York, NY 10017 | New York, New York 10022 |
| 212-682-4002 | 212-644-4420 |
| Attorneys for Third Party Defendant | Attorneys for Defendant/Third Party Plaintiff |

SO ORDERED: **5/01/08**

*[signature]*
Peter K. Leisure, U.S.D.J.