Alan D. Kaplan, Esq.
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016
Tel: 212-592-1400
Fax: 212-592-1500
Email: akaplan@herrick.com

Attorney for Defendant
The Goodyear Tire & Rubber Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SYLVINA JEAN CLAVIEN and RAPHAEL
DANIS,

                Plaintiffs,

                v.

GREYHOUND LINES, INC., and "JOHN DOE",
that name being fictitious, his true name being
unknown to Plaintiff,

                Defendants.
------------------------------------------------------------x
GREYHOUND LINES, INC.,

                Third-Party Plaintiff,
                v.

MOTOR COACH INDUSTRIES, INC., UGL
UNICCO, Formerly known as UNICCO Service
Company and THE GOODYEAR TIRE & RUBBER
COMPANY,

                Third-Party Defendants.
------------------------------------------------------------x

ELECTRONICALLY FILED

08 CIV. 3566 (PKL)
ECF CASE
Related to:
06 CIV 13371 (PKL)

Jury Trial Demanded

**SUPPLEMENTAL AFFDAVIT OF SERVICE BY MAIL**

STATE OF NEW YORK  )
                                  ss.:
COUNTY OF NEW YORK  )

Jean Riley, being duly sworn, deposes and says:

That deponent is not a party to the action, is over eighteen years of age and resides in Bayside, New York.

That on May 12, 2008, deponent served GOODYEAR'S ANSWER TO THIRD-PARTY COMPLAINT, upon:

NOVACK BURNBAUM CRYSTAL LLP
Attorneys for Third-Party Defendant,
Motor Coach Industries, Inc.
300 East 42nd Street
New York, New York 10017

KREINDLER & KREINDLER LLP
James P. Kreindler
Megan Benett
100 Park Avenue, 18th Fl.
New York, NY 10017
Phone: (212) 687-8181

at the above addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

_____
Jean Riley

Sworn to before me, this
12th day of May, 2008

_____
NOTARY PUBLIC
TAN... TERI
NOTARY PUBLIC, State of New York
Reg. No. 01VI60...
Qualified in Kings County & NY County
Commission Expires January 26, 2010