UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SYLVINA JEAN CLAVIEN and RAPHAEL DANIS,

                      Plaintiffs,

      v.

GREYHOUND LINES, INC., and "JOHN DOE", that
name being fictitious, his true name being unknown to
Plaintiff,

                      Defendants.

-------------------------------------------------------------X
GREYHOUND LINES, INC.,

                      Third-Party Plaintiff,

      v.

MOTOR COACH INDUSTRIES, INC., UGL
UNICCO, Formerly Known as UNICCO Service
Company and THE GOODYEAR TIRE &
RUBBER COMPANY,

                      Third-Party Defendants.
-------------------------------------------------------------X

**RULE 7.1 CORPORATE
DISCLOSURE STATEMENT**

08 CIV 3566 (PKL)

[Related to
06 CIV 13371 (PKL)]

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney

of record for Third-Party Defendant UNICCO Service Company d/b/a UGL Unicco s/h/a UGL

UNICCO, Formerly Known As UNICCO Service Company, certifies that no publicly held

corporation owns ten percent (10%) or more of its stock and there is no parent corporation of

that party other than United Group Limited, United Group Services Pty Ltd., United Group

Investment Partnership and United Group USA Inc.

Dated: New York, New York
      May 12, 2008

Yours, etc.

QUIRK AND BAKALOR, P.C.

By: _____
          Scott P. Taylor (7761)
Attorneys for Third-Party Defendant
UNICCO Service Company d/b/a UGL
Unicco s/h/a UGL UNICCO, Formerly
Known As UNICCO Service Company
845 Third Avenue
New York, New York 10022
(212) 319-1000

TO:    NEIL MOLDOVAN, ESQ.
       *Attorneys for Plaintiffs*
       *SYLVINA JEAN CLAVIEN and RAPHAEL DANIS*
       One Old Country Road, Suite 270
       Carle Place, New York 11514

       FABIANI COHEN & HALL, LLP
       Kevin B. Pollak (KBP 6098)
       *Attorneys for Defendant/*
       *Third-Party Plaintiff*
       *GREYHOUND LINES, INC.*
       570 Lexington Avenue, 4th Floor
       New York, New York 10022
       (212) 644-4420

       NOVACK BURNBAUM CRYSTAL LLP

       *Attorneys for Third-Party Defendant,*
       *MOTOR COACH INDUSTRIES, INC.*
       300 East 42nd Street
       New York, New York 10017
       (212) 682-4002

       HERRICK, FEINSTEIN, LLP
       *Attorneys for Third-Party Defendant*
       *THE GOODYEAR TIRE &*
       *RUBBER COMPANY*
       2 Park Avenue
       New York, New York 10016
       (212) 592-1400

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:

I affirm that the foregoing statements are true, under the penalties of perjury.
Dated:

................................................................
**The name signed must be printed beneath**

STATE OF NEW YORK, COUNTY OF _____ ss.:

I, the undersigned, being duly sworn, depose and say: I am

<div style="float:left;writing-mode:vertical">Check Applicable Box</div>

☐ Individual Verification — _____ in the action; I have read the foregoing _____ and know the contents thereof; the same is true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe it to be true.

☐ Corporate Verification — the _____ of _____ corporation and a party in the within action; I have read the foregoing _____ and know the contents thereof; and the same is true to my own knowledge, except as to the matters therein stated to be alleged upon information and belief, and as to those matters I believe it to be true. This verification is made by me because the above party is a corporation and I am an officer thereof.

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:

Sworn to before me on

................................................................
**The name signed must be printed beneath**

STATE OF NEW YORK, COUNTY OF    New York    ss.:    (If more than one box is checked—indicate after names type of service used.)

I, the undersigned, being sworn, say: I am not a party to the action, am over 18 years of age and reside at Valley Stream, N.Y.

On May 12, 2008    Rule 7.1 Corporate Disclosure Statement    I served the within

<div style="float:left;writing-mode:vertical">Check Applicable Box</div>

☑ Service By Mail — by mailing a copy to each of the following persons at the last known address set forth after each name below.

☐ Personal Service on Individual — by delivering a true copy of each personally to each person named below at the address indicated. I knew each person served to be the person mentioned and described in said papers as *a party therein:*

☐ Service by Electronic Means — by transmitting a copy to the following persons by ☐ FAX at the telephone number set forth after each name below ☐ E-MAIL at the E-Mail address set forth after each name below, which was designated by the attorney for such purpose, and by mailing a copy to the address set forth after each name.

☐ Overnight Delivery Service — by dispatching a copy by overnight delivery to each of the following persons at the last known address set forth after each name below.

OFFICE OF JAY H. TANENBAUM
*Attorneys for Plaintiff*
*LIONEL CADELIS*
110 Wall Street, 16th Floor
New York, New York 10005

FABIANI COHEN & HALL, LLP
Kevin B. Pollak (KBP 6098)
*Attorneys for Defendant/*
*Third-Party Plaintiff*
*GREYHOUND LINES, INC.*
570 Lexington Avenue, 4th Floor
New York, New York 10022

HERRICK, FEINSTEIN, LLP
*Attorneys for Third-Party Defendant*
*THE GOODYEAR TIRE &*
*RUBBER COMPANY*
2 Park Avenue
New York, New York 10016

NOVACK BURNBAUM CRYSTAL LLP
*Attorneys for Third-Party Defendant*
*MOTOR COACH INDUSTRIES, INC.*
300 East 42nd Street
New York, New York 10017

DARA L. ROSENBAUM
[Notary] Public, State of New York
No. 03RO17218
Qualified in [New] York County
[Commission Expires] October 25, 2008

Sworn to before me on May 12, 2008

................................................................
**The name signed must be printed beneath**

Ludy Aristilde

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Index No. 08 CIV 3566   Year

---

SYLVINA JEAN CLAVIEN and RAPHAEL DANIS,

Plaintiff,

-against-

GREYHOUND LINES, INC. and "JOHN DOE", that name being fictitious, his true name being unknown to plaintiff,

Defendant.

*AND OTHER ACTIONS*

---

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

---

**QUIRK AND BAKALOR, P.C.**

Third–Party Defendant, UNICCO Service Company d/b/a/ UGL Unicco s/h/a UGL UNICCO, Formerly Known As UNICCO Service Company

*Attorney(s) for*

*Office and Post Office Address, Telephone*

**845 Third Avenue**
NEW YORK, NEW YORK 10022
(212) 319-1000

---

To

Signature (Rule 130-1.1-a)

_____

Print name beneath

Service of a copy of the within is hereby admitted.

Dated: _____

Attorney(s) for

---

PLEASE TAKE NOTICE:

☐ NOTICE OF ENTRY

that the within is a *(certified) true copy of a*
duly entered in the office of the clerk of the within named court on

☐ NOTICE OF SETTLEMENT

that an order
will be presented for settlement to the HON.
within named Court, at
on                                        at            M.

Dated,

of which the within is a true copy
one of the judges of the

Yours, etc.

**QUIRK AND BAKALOR, P.C.**