Alan D. Kaplan, Esq.
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016
Tel:  212-592-1400
Fax:  212-592-1500
Email: akaplan@herrick.com

Attorney for Defendant
The Goodyear Tire & Rubber Company

UNITED STATES DISTRICT COURT                    ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SYLVINA JEAN CLAVIEN and RAPHAEL          :
DANIS,                                                              :
                                                                        :
                    Plaintiffs,                              :    08 CIV. 3566 (PKL)
                                                                        :    ECF CASE
            v.                                                      :    Related to:
                                                                        :    06 CIV 13371 (PKL)
GREYHOUND LINES, INC., and "JOHN DOE",   :
that name being fictitious, his true name being     :
unknown to Plaintiff,                                       :    Jury Trial Demanded
                                                                        :
                    Defendants.                             :    **GOODYEAR'S ANSWER TO**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x    **CROSS-CLAIMS OF UGL UNICCO**
GREYHOUND LINES, INC.,                          :
                                                                        :
                    Third-Party Plaintiff,              :
            v.                                                      :
                                                                        :
MOTOR COACH INDUSTRIES, INC., UGL        :
UNICCO, Formerly known as UNICCO Service   :
Company and THE GOODYEAR TIRE & RUBBER :
COMPANY,                                                 :
                                                                        :
                    Third-Party Defendants.         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

            The Goodyear Tire & Rubber Company ("Goodyear"), by its attorneys, Herrick,

Feinstein LLP, answers the Cross-Claims of Third-Party Co-Defendant UGL UNICCO

("UNICCO") (incorporating herein all prior pleadings and defenses) as follows:

## AS TO THE CROSS-CLAIM

1.      In reference to the paragraph of UNICCO's Answer to the Third-Party Complaint designated "EIGHTH", Goodyear denies each and every allegation contained therein directed at Goodyear.

2.      In reference to the paragraph of UNICCO's Answer to the Third-Party Complaint designated "NINTH", Goodyear denies each and every allegation contained therein directed at Goodyear.

**WHEREFORE**, Defendant Goodyear demands Judgment dismissing all cross-claims against it and for such other relief deemed appropriate by the Court.

Dated: New York, New York
         May 16, 2008

                                                HERRICK, FEINSTEIN, LLP


                                                By:  __/s/ Alan D. Kaplan_____
                                                     Alan D. Kaplan
                                                     akaplan@herrick.com
                                                Attorney for Defendant
                                                *THE GOODYEAR TIRE & RUBBER*
                                                *COMPANY, s/h/a THE GOODYEAR*
                                                *RUBBER and TIRE COMPANY*
                                                2 Park Avenue
                                                New York, NY 10016
                                                Tel: 212-592-1400
                                                Fax: 212-592-1500


To:      Edward P. Ryan, Esq.
         LAW OFFICES OF EDWARD P. RYAN
         Attorneys for the Plaintiffs
         38 Eagle Street
         Albany, NY 12207

         Kevin B. Pollak, Esq.
         FABIANI COHEN & HALL, LLP
         Attorneys for Greyhound Lines, Inc. and
         Laidlaw International, Inc.

570 Lexington Avenue, 4th Floor
New York, New York 10022

NOVACK BURNBAUM CRYSTAL LLP
Attorneys for Third-Party Defendant,
Motor Coach Industries, Inc.
300 East 42nd Street
New York, New York 10017

KREINDLER & KREINDLER LLP
James P. Kreindler
Megan Benett
100 Park Avenue, 18th Fl.
New York, NY 10017
Phone: (212) 687-8181

TAUB & MARDER, ESQS
Kenneth Marder
450 7th Avenue, 37`" Fl.
New York, NY 10123
Phone: (212) 967-1122

RICH & RICH, PC
Jeffrey M. Rich
30 Vesey Street
New York, NY 10007
Phone: (212) 406-0440

GOLDBERG. SEGALLA LLP
William Gordon Kelly
170 Hamilton Avenue, Suite 203
White Plains, NY 10601-1717
Phone: (914) 798-5400

Lisa Marie Robinson
5789 Widewaters Parkway
Syracuse, NY 13214
Phone: (315) 413-5400

RUBENSTEIN & RYNECKI
Robert Petitt
16 Court Street
Brooklyn, NY 11241
Phone: (718) 522-1020

NORMAN LISS ATTORNEYS-AT-LAW, P.C.

Norman Liss
200 West 57th Street
New York, NY 10019
Phone: (212) 586-6165

THE LIETZ LAW FIRM PLLC
David K. Lietz (*admitted pro hac vice*)
DC Bar No. 430557
888 166 Street, NW, Suite 800
Washington, DC 20006
Phone: (202) 349-9869

VALAD AND VECCHIONE, PLLC
John J. Vecchione
3863 Plaza Drive
Fairfax, VA 22030
Phone: (703) 352-4800

and

QUIRK AND BAKALOR, P.C.
Scott P. Taylor
Attorneys for Second Third-Party Defendant
Unicco Service Company d/b/a UGL Unicco,
Formerly Known as Unicco Service Company
845 Third Avenue
New York, NY 10022
Phone: (212) 319-1000