UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SYLVINA JEAN CLAVIEN and RAPHAEL DANIS,

       Plaintiffs,

  v.

GREYHOUND LINES, INC., and "JOHN DOE", that name being fictitious, his true name being unknown to Plaintiff,

       Defendants.
-------------------------------------------------------------X
GREYHOUND LINES, INC.,

       Third-Party Plaintiff,

  v.

MOTOR COACH INDUSTRIES, INC., UGL UNICCO, Formerly Known as UNICCO Service Company and THE GOODYEAR TIRE & RUBBER COMPANY,

       Third-Party Defendants.
-------------------------------------------------------------X

ANSWER TO CROSS-CLAIMS

08 CIV 3566 (PKL)

[Related to
06 CIV 13371 (PKL)]

  Third-Party Defendant, UNICCO Service Company d/b/a UGL Unicco s/h/a UGL UNICCO, Formerly Known As UNICCO Service Company, by its attorneys QUIRK AND BAKALOR, P.C., sets forth the following in response to the cross-claims of the Third-Party Defendant THE GOODYEAR TIRE & RUBBER COMPANY ("GOODYEAR") upon information and belief:

  FIRST:  Deny each and every allegation contained in the paragraphs of GOODYEAR's answer to Third-Party complaint numbered "132", "133" and "148" and refers all issues of contract interpretation and law contained therein to this Court.

SECOND: Deny having knowledge or information sufficient to form a belief as to any of the allegations contained in the paragraphs of GOODYEAR's answer to Third-Party complaint numbered "141", "142", "144", "145" and "146" and refers all issues of contract interpretation and law contained therein to this Court.

THIRD: Deny each and every allegation contained in the paragraph of GOODYEAR's answer to Third-Party complaint numbered "143".

FOURTH: Deny each and every allegation contained in the paragraph of GOODYEAR's answer to Third-Party complaint numbered "147" except admits that this answering defendant did not accept GOODYEAR's demand for indemnity and refers all issues of the law contained therein to this Court.

WHEREFORE, defendant UNICCO Service Company d/b/a UGL Unicco s/h/a UGL UNICCO, Formerly Known As UNICCO Service Company, demands judgment dismissing the cross-claims in Third-Party Defendant GOODYEAR's answer to Third-Party complaint, together with the costs, disbursements and attorneys' fees of this action.

Dated: New York, New York
       May 19, 2008

Yours, etc.

QUIRK AND BAKALOR, P.C.

By:_____
   Scott P. Taylor (7761)
Attorneys for Third-Party Defendant
UNICCO Service Company d/b/a UGL Unicco s/h/a UGL UNICCO, Formerly Known As UNICCO Service Company
845 Third Avenue
New York, New York 10022
(212) 319-1000

TO:    NEIL MOLDOVAN, ESQ.
*Attorneys for Plaintiffs*
*SYLVINA JEAN CLAVIEN and RAPHAEL DANIS*
One Old Country Road, Suite 270
Carle Place, New York 11514

FABIANI COHEN & HALL, LLP
Kevin B. Pollak (KBP 6098)
*Attorneys for Defendant/*
*Third-Party Plaintiff*
*GREYHOUND LINES, INC.*
570 Lexington Avenue, 4th Floor
New York, New York 10022
(212) 644-4420

NOVACK BURNBAUM CRYSTAL LLP
*Attorneys for Third-Party Defendant,*
*MOTOR COACH INDUSTRIES, INC.*
300 East 42nd Street
New York, New York 10017
(212) 682-4002

HERRICK, FEINSTEIN, LLP
*Attorneys for Third-Party Defendant*
*THE GOODYEAR TIRE &*
*RUBBER COMPANY*
2 Park Avenue
New York, New York 10016
(212) 592-1400

I affirm that the foregoing statements are true, under the penalties of perjury.
Dated:

.................................................................
The name signed must be printed beneath

STATE OF NEW YORK, COUNTY OF                                        ss.:

I, the undersigned, being duly sworn, depose and say: I am

☐ **Individual Verifcation**  in the action; I have read the foregoing

and know the contents thereof; the same is true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe it to be true.

☐ **Corporate Verification**  the                                       of

a                                       corporation and a party in the within action; I have read the foregoing and know the contents thereof; and the same is true to my own knowledge, except as to the matters therein stated to be alleged upon information and belief, and as to those matters I believe it to be true. This verification is made by me because the above party is a corporation and I am an officer thereof.

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:

Sworn to before me on

.................................................................
The name signed must be printed beneath


STATE OF NEW YORK, COUNTY OF    New York          ss.:      (If more than one box is checked—indicate after names type of service used.)

I, the undersigned, being sworn, say: I am not a party to the action, am over 18 years of age and reside at Valley Stream, N.Y.

May 20, 2008                    Answer to Cross-Claims

☒ **Service By Mail**  I served the within

by mailing a copy to each of the following persons at the last known address set forth after each name below.

☐ **Personal Service on Individual**  by delivering a true copy of each personally to each person named below at the address indicated. I knew each person served to be the person mentioned and described in said papers as *a party therein*:

☐ **Service by Electronic Means**  by transmitting a copy to the following persons by ☐ FAX at the telephone number set forth after each name below ☐ E-MAIL at the E-Mail address set forth after each name below, which was designated by the attorney for such purpose, and by mailing a copy to the address set forth after each name.

☐ **Overnight Delivery Service**  by dispatching a copy by overnight delivery to each of the following persons at the last known address set forth after each name below.

NEIL MOLDOVAN, ESQ.
*Attorneys for Plaintiffs*
*SYLVINA JEAN CLAVIEN and RAPHAEL DANIS*
One Old Country Road, Suite 270
Carle Place, New York 11514

FABIANI COHEN & HALL, LLP
Kevin B. Pollak (KBP 6098)
*Attorneys for Defendant/*
*Third-Party Plaintiff*
*GREYHOUND LINES, INC.*
570 Lexington Avenue, 4th Floor
New York, New York 10022

HERRICK, FEINSTEIN, LLP
*Attorneys for Third-Party Defendant*
*THE GOODYEAR TIRE &*
*RUBBER COMPANY*
2 Park Avenue
New York, New York 10016

NOVACK BURNBAUM CRYSTAL LLP
*Attorneys for Third-Party Defendant*
*MOTOR COACH INDUSTRIES, INC.*
300 East 42nd Street
New York, New York 10017

DARA L. ROSENBAUM
Notary Public, State of New York
No. 02RO6117218
Qualified in New York County
Commission Expires October 25, 2008

Sworn to before me on May 20, 2008

.................................................................
The name signed must be printed beneath

Ludy Aristilde

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Index No. 08 CIV 3566   Year

SYLVINA JEAN CLAVIEN and RAPHAEL DANIS,

                        Plaintiff,

-against-

GREYHOUND LINES, INC. and "JOHN DOE", that name being fictitious, his true name being unknown to plaintiff,

                        Defendant.   ***AND OTHER ACTIONS***

## ANSWER TO CROSS-CLAIMS

**QUIRK AND BAKALOR, P.C.**

*Attorney(s) for* Third-Party Defendant, UNICCO Service Company d/b/a/ UGL Unicco s/h/a UGL UNICCO, Formerly Known As UNICCO Service Company

*Office and Post Office Address, Telephone*

845 Third Avenue
NEW YORK, NEW YORK 10022
(212) 319-1000

To

Attorney(s) for

Signature (Rule 130-1.1-a)

_____
Print name beneath

Service of a copy of the within is hereby admitted.

Dated: _____

PLEASE TAKE NOTICE:

☐ NOTICE OF ENTRY

that the within is a *(certified) true copy of a*
duly entered in the office of the clerk of the within named court on

☐ NOTICE OF SETTLEMENT

that an order                                                          of which the within is a true copy
will be presented for settlement to the HON.                           one of the judges of the
within named Court, at
on                                        at              M.
Dated,

                              Yours, etc.

                              **QUIRK AND BAKALOR, P.C.**