USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED 5/29/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SYLVINA JEAN CLAVIEN and RAPHAEL DANIS,

                        Plaintiffs,

    -against-

GREYHOUND LINES, INC., and "JOHN DOE", that
Name being fictitious, his true name being unknown to
Plaintiff,

                        Defendants.
------------------------------------------------------------X
GREYHOUND LINES, INC.,

                        Third-Party Plaintiff,

    -against-

MOTOR COACH INDUSTRIES, INC., UGL
UNICCO, Formerly Known as UNICCO Service
Company and THE GOODYEAR TIRE &
RUBBER COMPANY,

                        Third-Party Defendants.
------------------------------------------------------------X

08 CIV 3566 (PKL)

[Related to
06 CIV 13371 (PKL)]

STIPULATION

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for Third Party Defendant UNICCO Service Company and for Third Party Defendant Motor Coach Industries, Inc. ("MCI"), that the time for MCI to answer or otherwise respond to the Cross-Claim in this action is hereby extended to and including June 20, 2008.

Dated: New York, New York
      May 27, 2008

| NOVACK BURNBAUM CRYSTAL, LLP | QUIRK AND BAKALOR, P.C. |
|---|---|
| *[signature]* | *[signature]* |
| Howard C. Crystal (HC1666) | Scott P. Taylor (7761) |
| 300 East 42nd Street | 845 Third Avenue |
| New York, NY 10017 | New York, New York 10022 |
| 212-682-4002 | 212-319-1000 |
| Attorneys for Third Party Defendant | Attorneys for Third Party Defendant |

SO ORDERED:

*[signature]*

Peter K. Leisure, U.S.D.J.   5/29/08