UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SYLVINA JEAN CLAVIEN and RAPHAEL DANIS,

                        Plaintiffs,                      08 CIV 3566 (PKL)

    -against-                                    [Related to
                                                   06 CIV 13371 (PKL)]

GREYHOUND LINES, INC., and "JOHN DOE", that
Name being fictitious, his true name being unknown to
Plaintiff,

                        Defendants.
----------------------------------------------------------------X    STIPULATION
GREYHOUND LINES, INC.,

                      Third-Party Plaintiff,

    -against-

MOTOR COACH INDUSTRIES, INC., UGL
UNICCO, Formerly Known as UNICCO Service
Company and THE GOODYEAR TIRE &
RUBBER COMPANY,

                    Third-Party Defendants.
----------------------------------------------------------------X

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for Defendant The Goodyear Tire & Rubber Company and for Third Party Defendant Motor Coach Industries, Inc. ("MCI"), that the time for MCI to answer or otherwise respond to the Cross-Claim in this action is hereby extended to and including June 20, 2008.

Dated: New York, New York
      May 27, 2008

NOVACK BURNBAUM CRYSTAL, LLP

_____
Howard C. Crystal (HC1666)
300 East 42nd Street
New York, NY 10017
212-682-4002
Attorneys for Third Party Defendant

HERRICK, FEINSTEIN, LLP

_____
Alan D. Kaplan
2 Park Avenue
New York, New York 10016
212-592-1400
Attorneys for Defendant

SO ORDERED:

_____
Peter K. Leisure, U.S.D.J.
5/29/08

2