*Leisure/T*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SYLVIA JEAN CLAVIEN and RAPHAEL DANIS,

Plaintiffs,

v.

GREYHOUND LINES, INC., and "JOHN DOE,"                    08 CIV. 3566 (PKL)

Defendants.                    [Related to]
-----------------------------------------------------------------X    06 CIV 13371 (PKL)

GREYHOUND LINES, INC.,

Third Party Plaintiff,

                                                         Jury Trial Demanded

v.                                                       **STIPULATION**

MOTOR COACH INDUSTRIES, INC., UGL UNICCO, f/k/a
UNICCO Service Company, and THE GOODYEAR TIRE &
RUBBER COMPANY,

Third-Party Defendants.
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/24/08

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the

attorneys of record for Defendant The Goodyear Tire & Rubber Company and for Third Party

Defendant Motor Coach Industries, Inc.("MCI"), that the time for MCI to answer or otherwise

respond to the Cross-Claim in this action is hereby extended to and including July 18, 2008.

Dated:        New York, New York
              June 20, 2008

NOVACK BURNBAUM CRYSTAL, LLP

Howard C. Crystal (HC1666)
300 East 42nd Street      by permission
New York, NY 10017
212-682-4002
Attorneys for Third Party Defendant

HERRICK, FEINSTEIN, LLP

Alan D. Kaplan
2 Park Avenue
New York, New York 10016
212-592-1400
Attorneys for Defendant

SO ORDERED:

Peter K. Leisure, U.S.D.J.

6/24/08

8128712 2