UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SYLVINA JEAN CLAVIEN and RAPHAEL DANIS,

                       **Plaintiffs,**

              **v.**

GREYHOUND LINES, INC., and "JOHN DOE", that
name being fictitious, his true name being unknown to
Plaintiff,

                    **Defendants.**
------------------------------------------------------------------X
GREYHOUND LINES, INC.,

                **Third-Party Plaintiff,**

              **v.**

MOTOR COACH INDUSTRIES, INC., UGL
UNICCO, Formerly Known As UNICCO Service
Company and THE GOODYEAR TIRE &
RUBBER COMPANY,

              **Third-Party Defendants.**
------------------------------------------------------------------X

**ANSWER TO**
**CROSS-CLAIM**

**08 CIV 3566 (PKL)**

**[Related to**
**06 CIV 13371 (PKL)]**

**JURY TRIAL**
**DEMANDED**

       Defendant/Third-Party Plaintiff, GREYHOUND LINES, INC., by its attorneys,

FABIANI COHEN & HALL, LLP, as and for an Answer to the Cross-Claim of Third-Party

Defendant, MOTOR COACH INDUSTRIES, INC. ("MCI"), sets forth, upon information and

belief, the following:

### AS AND FOR AN ANSWER TO
### THE CROSS-CLAIM AGAINST
### GREYHOUND LINES, INC.

       ONE HUNDRED TWENTY-NINTH:  Defendant/Third-Party Plaintiff, Greyhound

Lines, Inc., denies knowledge or information sufficient to form a belief as to the truth of the

allegations contained in Paragraph No. "129" of the Third-Party Defendant, MCI's Answer to

389665.1

Third Party Complaint Dated June 9, 2008, except denies all allegations set forth in Paragraph Nos. "1" through "128" of Third-Party Defendant, MCI's Answer to Third-Party Complaint dated June 9, 2008 to the extent the allegations are made against Greyhound Lines, Inc. and begs leave to refer to all relevant agreements for their complete terms and conditions.

ONE HUNDRED THIRTIETH:  Defendant/Third-Party Plaintiff, Greyhound Lines, Inc., denies each and every allegation contained in Paragraph No. "130" of the Third-Party Defendant, MCI's Answer to Third-Party Complaint dated June 9, 2008.

ONE HUNDRED THIRTY-FIRST:  Defendant/Third-Party Plaintiff, Greyhound Lines, Inc., denies each and every allegation contained in Paragraph No. "131" of the Third-Party Defendant, MCI's Answer to Third-Party Complaint dated June 9, 2008.

WHEREFORE, defendant/third-party plaintiff, GREYHOUND LINES, INC., demands:

1.  Judgment dismissing the Plaintiff's Complaint;

2.  Judgment dismissing MCI's Cross-Claims against Defendant/Third-Party Plaintiff, GREYHOUND LINES, INC.

3.  Together with the costs and disbursements of this action.

**Dated:**        **New York, New York**
                 **July 1, 2008**

                                    **Yours, etc.,**

                                    **FABIANI COHEN & HALL, LLP**

                                    **Kevin B. Pollak (KBP 6098)**
                                    **Attorneys for Defendant/Third-Party Plaintiff**
                                    **GREYHOUND LINES, INC.**
                                    **570 Lexington Avenue, 4th Floor**
                                    **New York, New York  10022**
                                    **(212) 644-4420**

TO:   NOVACK BURNBAUM CRYSTAL LLP
Attorneys for Third-Party Defendant
MOTOR COACH INDUSTRIES, INC.
300 East 42nd Street
New York, New York 10017
(212) 682-4002

ARNSTEIN & LEHR LLP
Attorneys for Third-Party Defendant
MOTOR COACH INDUSTRIES, INC.
120 South Riverside Plaza, Suite 1200
Chicago, Illinois 60606
(312) 876-7100

LAW OFFICES OF NEIL MOLDOVAN
Attorney for Plaintiffs
SYLVINA JEAN CLAVIEN and RAPHAEL DANIS
One Old Country Road - Suite 270
Carle Place, New York 11514
(516) 294-3300

TAUB & MARDER
Attorneys for Plaintiffs
TERESITA SANTIAGO, RAMON
LORENZO and TERESITA SANTIAGO,
as mother and natural guardian of KAREN
SANTIAGO DIAZ and HENRY LORENZO,
infants; MARIA MERCEDES ROSARIO
BRETON, FABIAN GARCIA and
PAOLA GARCIA
450 Seventh Avenue, 37th Floor
New York, New York 10123
(212) 967-1122

RICH & RICH, P.C.
Attorneys for Plaintiff
ZIBO WANG
30 Vesey Street
New York, New York 10007
(212) 406-0440

KREINDLER & KREINDLER
Attorneys for Plaintiffs
KIRSTEN ANDERSON, CHRISTIAN YOPA,
ABI-SARA MACHOLD and
CINDYLYN LaMARCHE
100 Park Avenue, 18th Floor
New York, New York 10017
(212) 687-8181

GOLDBERG SEGALLA, LLP
Attorneys for Plaintiff
LAURE BOUDET
5789 Widewaters Parkway
Syracuse, New York 13214
(315) 413-5400

RUBENSTEIN & RYNECKI, ESQS.
Attorneys for Plaintiffs
BETTY DORCE EXUME, as Administratrix
of the Estate of ANTONIDE DORCE, deceased,
and BETTY DORCE EXUME, individually,
JACQUELIN BERTRAND and
MARIE LILIANE MILARD
16 Court Street, Suite 1717
Brooklyn, New York 11241
(718) 522-1020

NORMAN LISS, ATTORNEYS-AT-LAW, P.C.
Attorneys for Plaintiffs
SHERRY ANN GEORGE, SHERRY ANN
GEORGE, as Mother and Natural Guardian of
VOSHONA GEORGE, Infant, and SHERRY ANN GEORGE
and ALLISON IDOHOU, as Co-Administrators of the
ESTATE OF DOREEN GEORGE, Deceased
200 West 57th Street
New York, New York 10019
(212) 586-6165

VALAD and VECCHIONE PLLC
Attorneys for Plaintiffs
CHEIKH SIDY MOHAMED TAMBADOU and OURY CISSE,
Individually and as Co-Liquidators of the
Estate of SOULEYMANE TAMBADOU, deceased,
3863 Plaza Drive
Fairfax, VA 22030
(703) 352-4800

THE LIETZ LAW FIRM, PLLC
Attorneys for Plaintiffs
CHEIKH SIDY MOHAMED TAMBADOU
and OURY CISSE, Individually and as Co-Liquidators
of the Estate of SOULEYMANE TAMBADOU, deceased,
888 16th Street North West
Suite 800
Washington, DC 20006
(202) 349-9869

E. STEWART JONES, PLLC
Attorney for Plaintiff
CINDYLYN LAMARCHE
28 Second Street
Troy, New York 12181
(518) 274-5820

OFFICE OF JAY H. TANENBAUM
Attorneys for Plaintiff
LIONEL CADELIS
110 Wall Street, 16th Floor
New York, New York 10005
(212) 422-1765

CHAPMAN, ZARANSKY LAW FIRM
Attorneys for Plaintiff
LIONEL CADELIS
114 Old Country Road, Suite 680
Mineola, New York 11501
(516) 741-6601 ext. 226

LAW OFFICE OF EDWARD P. RYAN
Attorneys for Plaintiffs
MAMADOU SAIDOU BAH and GNALEN BAH
38 Eagle Street
Albany, New York 12207
(518) 465-2488

LAW OFFICE OF MARK SCHNEIDER
Attorneys for Plaintiff
LAUREN BICKFORD-BUSHEY
57 Court Street
Plattsburgh, New York 12901
Attention: Mark Schneider, Esq.
(518) 566-6666

389665.1

HERRICK, FEINSTEIN, LLP
Attorneys for Defendant
THE GOODYEAR TIRE &
 RUBBER COMPANY
2 Park Avenue
New York, New York  10016
(212) 592-1400

QUIRK and BAKALOR, P.C.
Attorneys for Third-Party Defendant
UGL UNICCO
845 Third Avenue, 15th Floor
New York, New York  10022
(212) 319-1000

389665.1

6

Sylvina Jean Clavien, et al. v. Greyhound Lines, Inc., et al. v. Motor Coach Industries, Inc., et al.
Civil Action No.:  08 CIV 3566 (PKL)
Our File No. 818.34464

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing **ANSWER TO CROSS-CLAIM** was served via CM/ECF and First-Class Mail, postage prepaid, this 1st day of July, 2008, to:

NOVACK BURNBAUM CRYSTAL LLP
300 East 42nd Street
New York, New York  10017

ARNSTEIN & LEHR LLP
120 South Riverside Plaza, Suite 1200
Chicago, Illinois  60606

LAW OFFICES OF NEIL MOLDOVAN
One Old Country Road - Suite 270
Carle Place, New York  11514

TAUB & MARDER
450 Seventh Avenue, 37th Floor
New York, New York  10123

RICH & RICH, P.C.
30 Vesey Street
New York, New York  10007

KREINDLER & KREINDLER
100 Park Avenue, 18th Floor
New York, New York  10017

GOLDBERG SEGALLA, LLP
5789 Widewaters Parkway
Syracuse, New York  13214

RUBENSTEIN & RYNECKI, ESQS.
16 Court Street, Suite 1717
Brooklyn, New York  11241

NORMAN LISS, ATTORNEYS-AT-LAW, P.C.
200 West 57th Street
New York, New York  10019

VALAD and VECCHIONE PLLC
3863 Plaza Drive
Fairfax, VA  22030

THE LIETZ LAW FIRM, PLLC
888 16th Street North West
Suite 800
Washington, DC  20006

E. STEWART JONES, PLLC
28 Second Street
Troy, New York  12181

OFFICE OF JAY H. TANENBAUM
110 Wall Street, 16th Floor
New York, New  York  10005

CHAPMAN, ZARANSKY LAW FIRM
114 Old Country Road, Suite 680
Mineola, New York  11501

LAW OFFICE OF EDWARD P. RYAN
38 Eagle Street
Albany, New York  12207

LAW OFFICE OF MARK SCHNEIDER
57 Court Street
Plattsburgh, New York  12901

HERRICK, FEINSTEIN, LLP
2 Park Avenue
New York, New York  10016

QUIRK and BAKALOR, P.C.
845 Third Avenue, 15th Floor
New York, New York  10022

_____
Kevin B. Pollak (6098)

Sworn to before me this
1st day of July, 2008.

_____
NOTARY PUBLIC

BELKIS R. FELIU
NOTARY PUBLIC-STATE OF NEW YORK
No. 01FE5042920
Qualified In New York County
Commission Expires September 05, 2011

389623.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

SYLVINA JEAN CLAVIEN and RAPHAEL DANIS,

                              Plaintiffs,                              08 CIV 3566 (PKL)

              v.                                                       [Related to
                                                                       06 CIV 13371 (PKL)]

GREYHOUND LINES, INC., and "JOHN DOE",
that name being fictitious, his true name being                        **JURY TRIAL DEMANDED**
unknown to Plaintiff,

                              Defendants.

-------------------------------------------------------------------x

GREYHOUND LINES, INC.,

                      Third-Party Plaintiff,

              v.

MOTOR COACH INDUSTRIES, INC., UGL
UNICCO, Formerly Known As UNICCO Service
Company and THE GOODYEAR TIRE &
RUBBER COMPANY,

                      Third-Party Defendants.

-------------------------------------------------------------------x

---

## ANSWER TO CROSS-CLAIM

---

**FABIANI COHEN & HALL, LLP**
Attorneys for Defendant/Third-Party Plaintiff
GREYHOUND LINES, INC.
570 Lexington Avenue, 4th Floor
New York, New York  10022
(212) 644-4420

To:  Attorney(s) for:
Sir(s):

        PLEASE TAKE NOTICE that a                        of which the within is a (true) (certified)
copy

        [ ]NOTICE OF ENTRY *was duly entered in the within named court on*              2008

        [ ]NOTICE OF SETTLEMENT *will be presented for settlement to the Hon.*
        *one of the judges of the within named court at the Courthouse at* on   ,   2008 at        o'clock

Dated:

                              Yours, etc.,
                      FABIANI COHEN & HALL, LLP
                 Attorneys for Defendant/Third-Party Plaintiff
                      570 Lexington Avenue, 4th Floor
                      New York, New York  10022
                              (212) 644-4420

To:

Attorney(s) for: